IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SERGIO MIGUEL ZAMBRANO,

    Plaintiff,

v.

OREGON DEPARTMENT
OF CORRECTIONS, *et al.*,

    Defendants.

Case No. 2:22-cv-00443-SB

ORDER

**BAGGIO, District Judge:**

    Magistrate Judge Stacie F. Beckerman issued a Findings and Recommendation on October 27, 2025, in which she recommends that this Court dismiss this action with prejudice and deny any pending motions as moot. F&R, ECF No. 259. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl.'s Obj., ECF No. 261. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that

1 – ORDER

portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [259]. Therefore, the Court DISMISSES this action with prejudice. Any pending motions are DENIED as moot.

IT IS SO ORDERED.

DATED this  11th  day of February, 2026.

*Amy M. Baggio*
AMY M. BAGGIO
United States District Judge

2 – ORDER